UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GUANG JU LIN,

Defendant.

---

09-Cr-746

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant Guang Ju Lin's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). Accordingly, IT IS HEREBY ORDERED that the government shall respond to defendant's motion no later than June 28, 2021.

Dated: New York, New York
       June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.