UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GUANG JU LIN,

              Defendant.

09-Cr-746

<u>ORDER</u>

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant Guang Ju Lin's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 211) and several submissions thereafter in support of his motion or otherwise seeking relief from his conviction. (ECF Nos. 213-16, 219-224.)

    Accordingly, IT IS HEREBY ORDERED that the government shall respond to the defendant's submissions no later than February 21, 2025. The government is specifically directed to respond to ECF Nos. 211, 213, 214, 215, 216, 219 and 220.

    The Clerk of Court is directed to mail a copy of this Order to the defendant as follows: Guang Ju Lin [56905-112], USP Atwater, U.S. Penitentiary, P.O. Box 019001, Atwater, CA 95301.

Dated: New York, New York
       January 16, 2025

SO ORDERED:

*Sidney H. Stein*
Sidney H. Stein, U.S.D.J.