

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2025

**By ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Guang Ju Lin*, 09 Cr. 746 (SHS)

Dear Judge Stein:

    The Government respectfully writes to request a one-week extension of time to respond to defendant Guang Ju Lin's second motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and his subsequent submissions seeking a sentence reduction and collaterally attacking his conviction and sentence (Dkt. 211, 213, 214, 215, 216, 219, 220) (collectively, the "Motions"). On January 16, 2025, the Court directed the Government to respond to the Motions by February 21, 2025. To thoroughly evaluate and respond to the Motions, the Government sought access to the trial transcripts, and although the Government requested the trial transcripts more than three weeks ago the Government was not able to obtain them until today. Accordingly, the Government respectfully seeks leave to file its response to the Motions on or before February 28, 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: */s/ James Mandilk*
James G. Mandilk
Assistant United States Attorney
(212) 637-2453

**The government's request to extend its time to respond to defendant's motion for a sentence reduction to February 28, 2025, is granted.**

Dated: New York, New York
       February 19, 2025

**SO ORDERED:**

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.

**Chambers mailed a copy of this endorsed letter to defendant.**

cc:   Guang Ju Lin
      Reg. No. 56905-112
      USP Atwater
      P.O. Box 019001
      Atwater, CA 95301